# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**BARBARA JOHNSON**                                        CIVIL ACTION

**VERSUS**

**MARTERIOUS BEALE ET AL.**                    NO.: 18-961-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 20)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court grant Plaintiff's Motion to Remand and order State Farm to pay Plaintiff the "just costs and actual expenses, including attorney fees, incurred as a result of the removal" under 28 U.S.C. § 1447(c).

The Report and Recommendation notified the parties that they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 20). No party objected. Having considered State Farm's Notice of Removal (Doc. 1), Plaintiff's Motion to Remand (Doc. 11), and the United States Magistrate Judge's Report and Recommendation (Doc. 20), the Court approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 20)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 11)** is **GRANTED**. A separate Order of Remand shall issue.

**IT IS FURTHER ORDERED** that State Farm shall pay Plaintiff the "just costs and actual expenses, including attorney fees," Plaintiff has incurred as a result of State Farm's removal. *See* 28 U.S.C. § 1447(c).

**IT IS FURTHER ORDERED** that the parties shall confer on an appropriate award of costs, expenses, and fees and shall, **within 5 days**, notify the Court of the amount agreed. If the parties cannot agree, Plaintiff shall, **within 10 days**, file a motion with documents supporting the costs, expenses, and fees she claims under 28 U.S.C. § 1447(c).

Baton Rouge, Louisiana, this 15th day of May, 2019.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA